DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:13-mj-00900-CWH |
| Plaintiff, ) | |
| ) | **ORDER TO UNSEAL CASE** |
| vs. ) | |
| DIANE COBB, ) | |
| Defendant. ) | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Minutes of Proceedings of November 13, 2013 in the above-captioned case, along with all subsequent and further proceedings, shall be unsealed.

DATED this 15 day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE